# United States Court of Appeals

*For the Seventh Circuit*
*Chicago, Illinois 60604*

December 10, 2001

*Before*

**Hon.** JOEL M. FLAUM, Chief Judge

**Hon.** RICHARD A. POSNER, Circuit Judge

**Hon.** DIANE P. WOOD, Circuit Judge

| | |
|---|---|
| CHARLES LAND and APRIL LAND, | ] |
| | ] Appeal from the United |
| Plaintiffs-Appellants, | ] States District Court for |
| | ] the Southern District of |
| | ] Indiana, Indianapolis Division. |
| No. 01-2025        v. | ] |
| | ] No. IP00-0220C-HG |
| YAMAHA MOTOR CORPORATION, U.S.A., | ] |
| and YAMAHA MOTOR CO., LTD., | ] |
| | ] David F. Hamilton, |
| Defendants-Appellees. | ] Judge. |

O R D E R

The opinion issued in the above-entitled case on November 29, 2001, is hereby amended as follows:

On Page 2, in the first paragraph lines 2 through 6 should now read:

exploded and caused Land permanent back injury. **The plaintiffs contend** that the WaveRunner was defective in design: it allowed fuel fumes to accumulate in the hull of the boat, posing serious risk of fire upon ignition. **The WaveRunner** was in substantially the